# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RILEY, | NO. ED CV 11-0825 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the court's Order Re: Joint Stipulation filed contemporaneously with the filing of this Judgment.

Dated this 30th day of April, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge