LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM RILEY, | ) | No.  EDCV 11-00825 FMO |
| | ) | |
| Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND NINE HUNDRED THIRTEEN DOLLARS AND 21/100 ($1,913.21) subject to the terms of the stipulation.

DATE:   5/29/12           /s/
                        HON. FERNANDO M. OLGUIN
                        UNITED STATES MAGISTRATE JUDGE